916

No. 403. Sawyer v. United States. C. A. 4th Cir. Certiorari denied. *Albert S. Lewis* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 402. Brown Telecasters, Inc., v. Federal Communications Commission et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Henry B. Weaver, Jr.* and *Quinn O'Connell* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger, Irwin A. Seibel, Max D. Paglin, Daniel R. Ohlbaum* and *Ruth V. Reel* for the Federal Communications Commission, respondent.

No. 397. Baxter, Executrix, v. Rogers. District Court of Appeal of California, Second Appellate District. Certiorari denied. Petitioner *pro se. Henry F. Walker* for respondent.

No. 398. Randolph v. Missouri Bar Advisory Committee. Supreme Court of Missouri. Certiorari denied. Mr. Justice Whittaker took no part in the consideration or decision of this application. *Walter A. Raymond* for petitioner. *Gene Thompson* for respondent.

No. 669, Misc. Lindsey v. California. Supreme Court of California. Certiorari denied. *Lawrence Speiser* for petitioner. *Stanley Mosk,* Attorney General of California, and *Williams E. James,* Assistant Attorney General, for respondent.